UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CAROL BURKHEAD-FOX,

    Defendant.

Civil No. 18-cv-1322-JPG-RJD

## DEFAULT JUDGMENT

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count I is entered in favor of the plaintiff United States of America and against defendant Carol Burkhead-Fox in the amount of $50,645.29, plus interest at the rate of 4.375% from September 17, 2018, to the date of entry of judgment, plus future interest; and

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count II is entered in favor of plaintiff United States of America and against defendant Carol Burkhead-Fox in the amount of $89,889.01, plus interest at the rate of 4.25% from September 17, 2018, to the date of entry of judgment, plus costs in the amount of $400.00, plus future interest.

**THOMAS L. GALBRAITH, Acting Clerk of Court**

Date: October 3, 2018    **s/ Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**